858

Board of Public Instruction of Pinellas County, Florida, *et al.*, Plaintiffs in Error, v. State of Florida, *ex rel.* H. C. Andrews, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Kelly & Casler,* for Plaintiffs in Error.
*Carey & Harrison,* for Defendant in Error.

Dona W. Robbins, *et al.*, Plaintiffs in Error, v. State of Florida, *ex rel.* The Travis Company, a Florida corporation, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiffs in Error.

*Patterson, Blackwell & Knight,* for Plaintiffs in Error.
*Evans, Mershon & Sawyer,* for Defendant in Error.

Robert D. Blake, *et al.*, Plaintiffs in Error, v. F. C. Schwarz, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*Hughes & Jarrell,* for Plaintiffs in Error.
*Casey & Walton,* for Defendant in Error.

Willard Nowling, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.